SAMUEL B. BARNARD, Appellant, *v.* GENERAL AVIATION EQUIPMENT CO., INC., Respondent.

*Per Curiam.* If, as we are inclined, we accept the defendant's interpretation that the contract between the plaintiff, the defendant and the Wyoming Valley Industrial Development Fund, Inc., was not a contract of employment, the plaintiff nevertheless established a prima facie cause of action. The plaintiff established nonperformance of the contract by the defendant and that he was in possession of the certificates of stock under option to Wyoming Valley Industrial Development Fund, Inc. The jury could have found that the plaintiff's failure to deliver the certificate in escrow, duly indorsed, was waived by the defendant.

The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ., concur.

Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property within the Area Bounded by Amsterdam Avenue, West End Avenue, 61st Street and 64th Street, in the Borough of Manhattan, Selected as a Site for the Amsterdam Houses.

PHYLIPP WEISSBERG, Appellant.

*Per Curiam.* Giving proper relative weight to the conflicting evidence, we think that the land award on each of the four damage parcels involved is inadequate and should in each instance be increased to the sum of $8,750. (*Matter of City of New York [Amsterdam Houses]*, 266 App. Div. 828, affd. 292 N. Y. 698.) The final decree so far as appealed from should accordingly be modified by allowing an award on Damage Parcel No. 8 of $14,750 (improvements $6,000); on Damage Parcel No. 20 of $14,750 (improvements $6,000); on Damage Parcel No. 22 of $14,750 (improvements $6,000); and on Damage Parcel No. 37 of $15,250 (improvements $6,500) and as so modified affirmed, with costs to the appellant.

Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ., concur.

Decree, so far as appealed from, unanimously modified as indicated in opinion, and as so modified affirmed, with costs to the appellant. Settle order on notice.